# EXHIBIT B

**Equity Receivership over Nationwide Automated Systems, Inc., et al.**

**Schedule of Investor Payments to and from NASI**

**Suzi & Sheldon Needle (Needle Family Revocable Trust)**

**Investor Accts.: 6-0417, 6-0689**

| Account | Investor | Deposits (Investment) | Payments Received | Total Profit Amount | Profit Subject to Clawback |
|---|---|---|---|---|---|
| 6-0417 | Suzi or Sheldon Needle | | | | |
| 6-0689 | Sheldon Needle | $ 105,000.00 | $ (195,256.83) | $ (90,256.83) | $ (85,684.50) |

**Suzi & Sheldon Needle (Needle Family Revocable Trust) - Deposits to NASI:**

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Entity | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|---|
| CNB | 22383612 | Deposit | 03/10/00 | Suzi Needle | Needle Family Rev. Tst. | 1 ATM | $ 11,000.00 | $ 11,000.00 |
| CNB | 22383612 | Deposit | 07/09/00 | Suzi Needle | Needle Family Rev. Tst. | 1 ATM | $ 12,000.00 | $ 23,000.00 |
| CNB | 22383612 | Deposit | 01/08/01 | Suzi Needle | Needle Family Rev. Tst. | 2 ATMs | $ 22,000.00 | $ 45,000.00 |
| CNB | 22414410 | Deposit | 12/21/07 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ 24,000.00 | $ 69,000.00 |
| CNB | 22414410 | Deposit | 11/13/11 | Sheldon Needle | Needle Family Rev. Tst. | 3 ATMs | $ 36,000.00 | $ 105,000.00 |
| | | | | | | **Total** | **$ 105,000.00** | |

**Suzi & Sheldon Needle (Needle Family Revocable Trust) - Payments from NASI:**

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Entity | Memo/Notes | Amount | Cumulative Total | Profit Subject to Clawback |
|---|---|---|---|---|---|---|---|---|---|
| CNB | 22383612 | Withdrawal | 04/01/00 | Suzi Needle | Needle Family Rev. Tst. | | $ (183.33) | $ (183.33) | |
| CNB | 22383612 | Withdrawal | 05/01/00 | Suzi Needle | Needle Family Rev. Tst. | | $ (183.33) | $ (366.67) | |
| CNB | 22383612 | Withdrawal | 06/01/00 | Suzi Needle | Needle Family Rev. Tst. | | $ (183.33) | $ (550.00) | |
| CNB | 22383612 | Withdrawal | 07/01/00 | Suzi Needle | Needle Family Rev. Tst. | | $ (183.33) | $ (733.33) | |
| CNB | 22383612 | Withdrawal | 08/01/00 | Suzi Needle | Needle Family Rev. Tst. | | $ (383.33) | $ (1,116.67) | |
| CNB | 22383612 | Withdrawal | 09/01/00 | Suzi Needle | Needle Family Rev. Tst. | | $ (383.33) | $ (1,500.00) | |
| CNB | 22383612 | Withdrawal | 10/01/00 | Suzi Needle | Needle Family Rev. Tst. | | $ (383.33) | $ (1,883.33) | |
| CNB | 22383612 | Withdrawal | 11/01/00 | Suzi Needle | Needle Family Rev. Tst. | | $ (383.33) | $ (2,266.67) | |
| CNB | 22383612 | Withdrawal | 12/01/00 | Suzi Needle | Needle Family Rev. Tst. | | $ (383.33) | $ (2,650.00) | |
| CNB | 22383612 | Withdrawal | 01/01/01 | Suzi Needle | Needle Family Rev. Tst. | | $ (383.33) | $ (3,033.33) | |
| CNB | 22383612 | Withdrawal | 02/01/01 | Suzi Needle | Needle Family Rev. Tst. | | $ (750.00) | $ (3,783.33) | |
| CNB | 22383612 | Withdrawal | 03/01/01 | Suzi Needle | Needle Family Rev. Tst. | | $ (750.00) | $ (4,533.33) | |
| CNB | 22383612 | Withdrawal | 04/01/01 | Suzi Needle | Needle Family Rev. Tst. | | $ (750.00) | $ (5,283.33) | |
| CNB | 22383612 | Withdrawal | 05/01/01 | Suzi Needle | Needle Family Rev. Tst. | | $ (750.00) | $ (6,033.33) | |
| CNB | 22383612 | Withdrawal | 06/01/01 | Suzi Needle | Needle Family Rev. Tst. | | $ (750.00) | $ (6,783.33) | |
| CNB | 22383612 | Withdrawal | 07/01/01 | Suzi Needle | Needle Family Rev. Tst. | | $ (750.00) | $ (7,533.33) | |
| CNB | 22383612 | Withdrawal | 08/01/01 | Suzi Needle | Needle Family Rev. Tst. | | $ (750.00) | $ (8,283.33) | |
| CNB | 22383612 | Withdrawal | 09/01/01 | Suzi Needle | Needle Family Rev. Tst. | | $ (750.00) | $ (9,033.33) | |
| CNB | 22383612 | Withdrawal | 10/01/01 | Suzi Needle | Needle Family Rev. Tst. | | $ (750.00) | $ (9,783.33) | |
| CNB | 22383612 | Withdrawal | 11/01/01 | Suzi Needle | Needle Family Rev. Tst. | | $ (750.00) | $ (10,533.33) | |
| CNB | 22383612 | Withdrawal | 12/01/01 | Suzi Needle | Needle Family Rev. Tst. | | $ (750.00) | $ (11,283.33) | |
| CNB | 22383612 | Withdrawal | 12/28/01 | Suzi Needle | Needle Family Rev. Tst. | | $ (823.50) | $ (12,106.83) | |
| CNB | 22383612 | Withdrawal | 01/25/02 | Suzi Needle | Needle Family Rev. Tst. | | $ (817.00) | $ (12,923.83) | |
| CNB | 22383612 | Withdrawal | 02/28/02 | Suzi Needle | Needle Family Rev. Tst. | | $ (800.50) | $ (13,724.33) | |
| CNB | 22383612 | Withdrawal | 03/29/02 | Suzi Needle | Needle Family Rev. Tst. | | $ (755.50) | $ (14,479.83) | |
| CNB | 22383612 | Withdrawal | 04/30/02 | Suzi Needle | Needle Family Rev. Tst. | | $ (779.50) | $ (15,259.33) | |
| CNB | 22383612 | Withdrawal | 05/31/02 | Suzi Needle | Needle Family Rev. Tst. | | $ (826.00) | $ (16,085.33) | |
| CNB | 22383612 | Withdrawal | 07/01/02 | Suzi Needle | Needle Family Rev. Tst. | | $ (857.50) | $ (16,942.83) | |
| CNB | 22383612 | Withdrawal | 08/01/02 | Suzi Needle | Needle Family Rev. Tst. | | $ (873.00) | $ (17,815.83) | |
| CNB | 22383612 | Withdrawal | 09/01/02 | Suzi Needle | Needle Family Rev. Tst. | | $ (862.50) | $ (18,678.33) | |
| CNB | 22383612 | Withdrawal | 10/01/02 | Suzi Needle | Needle Family Rev. Tst. | | $ (822.50) | $ (19,500.83) | |
| CNB | 22383612 | Withdrawal | 11/01/02 | Suzi Needle | Needle Family Rev. Tst. | | $ (844.00) | $ (20,344.83) | |
| CNB | 22383612 | Withdrawal | 12/01/02 | Suzi Needle | Needle Family Rev. Tst. | | $ (844.50) | $ (21,189.33) | |
| CNB | 22383612 | Withdrawal | 12/31/02 | Suzi Needle | Needle Family Rev. Tst. | | $ (820.50) | $ (22,009.83) | |
| CNB | 22383612 | Withdrawal | 02/01/03 | Suzi Needle | Doedle Family Rev. Tst. | | $ (829.00) | $ (22,838.83) | |
| CNB | 22383612 | Withdrawal | 03/01/03 | Suzi Needle | Needle Family Rev. Tst. | | $ (821.50) | $ (23,660.33) | |
| CNB | 22383612 | Withdrawal | 04/01/03 | Suzi Needle | Needle Family Rev. Tst. | | $ (811.00) | $ (24,471.33) | |
| CNB | 22383612 | Withdrawal | 05/01/03 | Suzi Needle | Needle Family Rev. Tst. | | $ (811.00) | $ (25,282.33) | |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Entity | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|---|
| CNB | 22383612 | Withdrawal | 06/01/03 | Suzi Needle | Needle Family Rev. Tst. | | $ (759.00) | $ (26,041.33) |
| CNB | 22383612 | Withdrawal | 07/01/03 | Suzi Needle | Needle Family Rev. Tst. | | $ (782.00) | $ (26,823.33) |
| CNB | 22383612 | Withdrawal | 08/01/03 | Suzi Needle | Needle Family Rev. Tst. | | $ (792.50) | $ (27,615.83) |
| CNB | 22383612 | Withdrawal | 09/02/03 | Suzi Needle | Needle Family Rev. Tst. | | $ (780.00) | $ (28,395.83) |
| CNB | 22383612 | Withdrawal | 10/01/03 | Suzi Needle | Needle Family Rev. Tst. | | $ (777.50) | $ (29,173.33) |
| CNB | 22383612 | Withdrawal | 11/01/03 | Suzi Needle | Needle Family Rev. Tst. | | $ (763.00) | $ (29,936.33) |
| CNB | 22383612 | Withdrawal | 12/01/03 | Suzi Needle | Needle Family Rev. Tst. | | $ (790.50) | $ (30,726.83) |
| CNB | 22383612 | Withdrawal | 12/31/03 | Suzi Needle | Needle Family Rev. Tst. | | $ (815.50) | $ (31,542.33) |
| CNB | 22383612 | Withdrawal | 02/01/04 | Suzi Needle | Needle Family Rev. Tst. | | $ (791.50) | $ (32,333.83) |
| CNB | 22383612 | Withdrawal | 03/01/04 | Suzi Needle | Needle Family Rev. Tst. | | $ (794.50) | $ (33,128.33) |
| CNB | 22383612 | Withdrawal | 04/01/04 | Suzi Needle | Needle Family Rev. Tst. | | $ (784.50) | $ (33,912.83) |
| CNB | 22383612 | Withdrawal | 05/01/04 | Suzi Needle | Needle Family Rev. Tst. | | $ (782.50) | $ (34,695.33) |
| CNB | 22383612 | Withdrawal | 06/01/04 | Suzi Needle | Needle Family Rev. Tst. | | $ (769.50) | $ (35,464.83) |
| CNB | 22383612 | Withdrawal | 07/01/07 | Suzi Needle | Needle Family Rev. Tst. | | $ (771.00) | $ (36,235.83) |
| CNB | 22383612 | Withdrawal | 08/01/04 | Suzi Needle | Needle Family Rev. Tst. | | $ (751.50) | $ (36,987.33) |
| CNB | 22383612 | Withdrawal | 09/01/04 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (767.50) | $ (37,754.83) |
| CNB | 22383612 | Withdrawal | 10/01/04 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (792.50) | $ (38,547.33) |
| CNB | 22383612 | Withdrawal | 11/01/04 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (819.00) | $ (39,366.33) |
| CNB | 22383612 | Withdrawal | 12/01/04 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (807.00) | $ (40,173.33) |
| CNB | 22383612 | Withdrawal | 01/01/05 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (821.50) | $ (40,994.83) |
| CNB | 22383612 | Withdrawal | 02/01/05 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (807.00) | $ (41,801.83) |
| CNB | 22383612 | Withdrawal | 03/01/05 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (829.00) | $ (42,630.83) |
| CNB | 22383612 | Withdrawal | 04/01/05 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (806.50) | $ (43,437.33) |
| CNB | 22383612 | Withdrawal | 05/01/05 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (831.50) | $ (44,268.83) |
| CNB | 22383612 | Withdrawal | 06/01/05 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (849.00) | $ (45,117.83) |
| CNB | 22383612 | Withdrawal | 07/01/05 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (859.00) | $ (45,976.83) |
| CNB | 22383612 | Withdrawal | 08/01/05 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (880.00) | $ (46,856.83) |
| CNB | 22383612 | Withdrawal | 09/01/05 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (869.50) | $ (47,726.33) |
| CNB | 22383612 | Withdrawal | 10/01/05 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (842.50) | $ (48,568.83) |
| CNB | 22383612 | Withdrawal | 11/01/05 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (750.00) | $ (49,318.83) |
| CNB | 22414399 | Withdrawal | 12/01/05 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (830.50) | $ (50,149.33) |
| CNB | 22414399 | Withdrawal | 01/01/06 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (838.50) | $ (50,987.83) |
| CNB | 22414399 | Withdrawal | 02/01/06 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (832.00) | $ (51,819.83) |
| CNB | 22414399 | Withdrawal | 03/01/06 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (855.50) | $ (52,675.33) |
| CNB | 22414399 | Withdrawal | 04/01/06 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (831.50) | $ (53,506.83) |
| CNB | 22414399 | Withdrawal | 05/01/06 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (847.00) | $ (54,353.83) |
| CNB | 22414399 | Withdrawal | 06/01/06 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (823.50) | $ (55,177.33) |
| CNB | 22414399 | Withdrawal | 07/01/06 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (869.50) | $ (56,046.83) |
| CNB | 22414399 | Withdrawal | 08/01/06 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (843.50) | $ (56,890.33) |
| CNB | 22414399 | Withdrawal | 09/01/06 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (819.50) | $ (57,709.83) |
| CNB | 22414399 | Withdrawal | 10/01/06 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (837.00) | $ (58,546.83) |
| CNB | 22414399 | Withdrawal | 11/01/06 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (816.00) | $ (59,362.83) |
| CNB | 22414399 | Withdrawal | 12/01/06 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (798.50) | $ (60,161.33) |
| CNB | 22414399 | Withdrawal | 12/31/06 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (821.00) | $ (60,982.33) |
| CNB | 22414399 | Withdrawal | 02/01/07 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (831.50) | $ (61,813.83) |
| CNB | 22414399 | Withdrawal | 03/01/07 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (841.50) | $ (62,655.33) |
| CNB | 22414399 | Withdrawal | 04/01/07 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (819.50) | $ (63,474.83) |
| CNB | 22414399 | Withdrawal | 05/01/07 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (848.50) | $ (64,323.33) |
| CNB | 22414399 | Withdrawal | 06/01/07 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (839.00) | $ (65,162.33) |
| CNB | 22414399 | Withdrawal | 07/01/07 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (823.50) | $ (65,985.83) |
| CNB | 22414399 | Withdrawal | 08/01/07 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (823.50) | $ (66,809.33) |
| CNB | 22414399 | Withdrawal | 09/10/07 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (811.50) | $ (67,620.83) |
| CNB | 22414399 | Withdrawal | 10/04/07 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (797.50) | $ (68,418.33) |
| CNB | 22414399 | Withdrawal | 11/08/07 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (790.50) | $ (69,208.83) |
| CNB | 22414399 | Withdrawal | 12/24/07 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (802.50) | $ (70,011.33) |
| CNB | 22414399 | Withdrawal | 01/09/08 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (788.50) | $ (70,799.83) |
| CNB | 22414399 | Withdrawal | 02/13/08 | Suzi or Sheldon Needle | Doedle Family Rev. Tst. | | $ (800.50) | $ (71,600.33) |
| CNB | 22414399 | Withdrawal | 03/06/08 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (790.50) | $ (72,390.83) |
| CNB | 22414399 | Withdrawal | 04/07/08 | Suzi or Sheldon Needle | Needle Family Rev. Tst. | | $ (1,216.50) | $ (73,607.33) |
| CNB | 22414399 | Withdrawal | 05/09/08 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,204.00) | $ (74,811.33) |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Entity | Memo/Notes | Amount | Cumulative Total | |
|---|---|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 06/16/08 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,215.00) | $ (76,026.33) | |
| CNB | 22414399 | Withdrawal | 07/10/08 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,238.00) | $ (77,264.33) | |
| CNB | 22414399 | Withdrawal | 08/06/08 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,205.50) | $ (78,469.83) | |
| CNB | 22414399 | Withdrawal | 09/09/08 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,218.00) | $ (79,687.83) | |
| CNB | 22414399 | Withdrawal | 10/07/08 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,188.00) | $ (80,875.83) | |
| CNB | 22414399 | Withdrawal | 11/05/08 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,197.00) | $ (82,072.83) | |
| CNB | 22414399 | Withdrawal | 12/08/08 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,164.50) | $ (83,237.33) | |
| CNB | 22414399 | Withdrawal | 01/06/09 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,118.50) | $ (84,355.83) | |
| CNB | 22414399 | Withdrawal | 02/04/09 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,093.50) | $ (85,449.33) | |
| CNB | 22414399 | Withdrawal | 03/05/09 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,072.00) | $ (86,521.33) | |
| CNB | 22414399 | Withdrawal | 04/08/09 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,042.50) | $ (87,563.83) | |
| CNB | 22414399 | Withdrawal | 05/06/09 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,044.00) | $ (88,607.83) | |
| CNB | 22414399 | Withdrawal | 06/05/09 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,029.50) | $ (89,637.33) | |
| CNB | 22414399 | Withdrawal | 07/06/09 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,035.50) | $ (90,672.83) | |
| CNB | 22414399 | Withdrawal | 08/05/09 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,074.50) | $ (91,747.33) | |
| CNB | 22414399 | Withdrawal | 09/08/09 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,026.00) | $ (92,773.33) | |
| CNB | 22414399 | Withdrawal | 10/07/09 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,027.00) | $ (93,800.33) | |
| CNB | 22414399 | Withdrawal | 11/06/09 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,022.50) | $ (94,822.83) | |
| CNB | 22414399 | Withdrawal | 12/09/09 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,043.50) | $ (95,866.33) | |
| CNB | 22414399 | Withdrawal | 01/11/10 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,033.00) | $ (96,899.33) | |
| CNB | 22414399 | Withdrawal | 02/05/10 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,058.00) | $ (97,957.33) | |
| CNB | 22414399 | Withdrawal | 03/05/10 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,077.00) | $ (99,034.33) | |
| CNB | 22414399 | Withdrawal | 04/06/10 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,117.00) | $ (100,151.33) | |
| CNB | 22414399 | Withdrawal | 05/07/10 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,152.50) | $ (101,303.83) | |
| CNB | 22414399 | Withdrawal | 06/03/10 | Sheldon Needle | Needle Family Rev. Tst. | 20% Adjustment | $ (1,056.50) | $ (102,360.33) | |
| CNB | 22414399 | Withdrawal | 06/04/10 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,168.00) | $ (103,528.33) | |
| CNB | 22414399 | Withdrawal | 07/06/10 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,191.00) | $ (104,719.33) | |
| CNB | 22414399 | Withdrawal | 08/09/10 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,212.50) | $ (105,931.83) | |
| CNB | 22414399 | Withdrawal | 09/08/10 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,215.00) | $ (107,146.83) | |
| CNB | 22414399 | Withdrawal | 10/06/10 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,221.50) | $ (108,368.33) | |
| CNB | 22414399 | Withdrawal | 11/04/10 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,204.00) | $ (109,572.33) | |
| CNB | 22414399 | Withdrawal | 12/06/10 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,243.00) | $ (110,815.33) | $ (1,243.00) |
| CNB | 22414399 | Withdrawal | 01/05/11 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,252.00) | $ (112,067.33) | $ (2,495.00) |
| CNB | 22414399 | Withdrawal | 02/04/11 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,282.00) | $ (113,349.33) | $ (3,777.00) |
| CNB | 22414399 | Withdrawal | 03/07/11 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,312.00) | $ (114,661.33) | $ (5,089.00) |
| CNB | 22414399 | Withdrawal | 04/05/11 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,286.00) | $ (115,947.33) | $ (6,375.00) |
| CNB | 22414399 | Withdrawal | 05/04/11 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,315.00) | $ (117,262.33) | $ (7,690.00) |
| CNB | 22414399 | Withdrawal | 06/07/11 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,300.00) | $ (118,562.33) | $ (8,990.00) |
| CNB | 22414399 | Withdrawal | 07/06/11 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,291.00) | $ (119,853.33) | $ (10,281.00) |
| CNB | 22414399 | Withdrawal | 08/09/11 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,319.50) | $ (121,172.83) | $ (11,600.50) |
| CNB | 22414399 | Withdrawal | 09/06/11 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,291.50) | $ (122,464.33) | $ (12,892.00) |
| CNB | 22414399 | Withdrawal | 10/04/11 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,318.50) | $ (123,782.83) | $ (14,210.50) |
| CNB | 22414399 | Withdrawal | 11/04/11 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,291.00) | $ (125,073.83) | $ (15,501.50) |
| CNB | 22414399 | Withdrawal | 12/06/11 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,272.50) | $ (126,346.33) | $ (16,774.00) |
| CNB | 22414399 | Withdrawal | 01/04/12 | Sheldon Needle | Needle Family Rev. Tst. | | $ (1,284.00) | $ (127,630.33) | $ (18,058.00) |
| CNB | 22414399 | Withdrawal | 02/07/12 | Sheldon Needle | Needle Family Rev. Tst. | | $ (2,231.00) | $ (129,861.33) | $ (20,289.00) |
| CNB | 22414399 | Withdrawal | 03/19/12 | Sheldon Needle | Needle Family Rev. Tst. | | $ (2,215.00) | $ (132,076.33) | $ (22,504.00) |
| CNB | 22414399 | Withdrawal | 04/04/12 | Sheldon Needle | Needle Family Rev. Tst. | | $ (2,173.50) | $ (134,249.83) | $ (24,677.50) |
| CNB | 22414399 | Withdrawal | 05/08/12 | Sheldon Needle | Needle Family Rev. Tst. | | $ (2,241.00) | $ (136,490.83) | $ (26,918.50) |
| CNB | 22414399 | Withdrawal | 06/11/12 | Sheldon Needle | Needle Family Rev. Tst. | | $ (2,206.50) | $ (138,697.33) | $ (29,125.00) |
| CNB | 22414399 | Withdrawal | 07/05/12 | Sheldon Needle | Needle Family Rev. Tst. | | $ (2,222.00) | $ (140,919.33) | $ (31,347.00) |
| CNB | 22414399 | Withdrawal | 08/06/12 | Sheldon Needle | Needle Family Rev. Tst. | | $ (2,203.00) | $ (143,122.33) | $ (33,550.00) |
| CNB | 22414399 | Withdrawal | 09/05/12 | Sheldon Needle | Needle Family Rev. Tst. | | $ (2,184.50) | $ (145,306.83) | $ (35,734.50) |
| CNB | 22414399 | Withdrawal | 10/03/12 | Sheldon Needle | Needle Family Rev. Tst. | | $ (2,238.50) | $ (147,545.33) | $ (37,973.00) |
| CNB | 22414399 | Withdrawal | 11/06/12 | Sheldon Needle | Needle Family Rev. Tst. | | $ (2,209.50) | $ (149,754.83) | $ (40,182.50) |
| CNB | 22414399 | Withdrawal | 12/06/12 | Sheldon Needle | Needle Family Rev. Tst. | | $ (2,172.00) | $ (151,926.83) | $ (42,354.50) |
| CNB | 22414399 | Withdrawal | 01/07/13 | Sheldon Needle | Docdle Family Rev. Tst. | | $ (2,163.00) | $ (154,089.83) | $ (44,517.50) |
| CNB | 22414399 | Withdrawal | 02/05/13 | Sheldon Needle | Needle Family Rev. Tst. | | $ (2,169.00) | $ (156,258.83) | $ (46,686.50) |
| CNB | 22414399 | Withdrawal | 03/06/13 | Sheldon Needle | Needle Family Rev. Tst. | | $ (2,131.50) | $ (158,390.33) | $ (48,818.00) |
| CNB | 22414399 | Withdrawal | 04/03/13 | Sheldon Needle | Needle Family Rev. Tst. | | $ (2,156.50) | $ (160,546.83) | $ (50,974.50) |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Entity | Memo/Notes | Amount | Cumulative Total | |
|---|---|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 05/07/13 | Sheldon Needle | Needle Family Rev. Tst. | | $ (2,142.50) | $ (162,689.33) | $ (53,117.00) |
| CNB | 22414399 | Withdrawal | 06/05/13 | Sheldon Needle | Needle Family Rev. Tst. | | $ (2,123.50) | $ (164,812.83) | $ (55,240.50) |
| CNB | 22414399 | Withdrawal | 07/09/13 | Sheldon Needle | Needle Family Rev. Tst. | | $ (2,175.00) | $ (166,987.83) | $ (57,415.50) |
| CNB | 22414399 | Withdrawal | 08/06/13 | Sheldon Needle | Needle Family Rev. Tst. | | $ (2,154.50) | $ (169,142.33) | $ (59,570.00) |
| CNB | 22414399 | Withdrawal | 09/05/13 | Sheldon Needle | Needle Family Rev. Tst. | | $ (2,163.00) | $ (171,305.33) | $ (61,733.00) |
| CNB | 22414399 | Withdrawal | 10/08/13 | Sheldon Needle | Needle Family Rev. Tst. | | $ (2,169.50) | $ (173,474.83) | $ (63,902.50) |
| CNB | 22414399 | Withdrawal | 11/06/13 | Sheldon Needle | Needle Family Rev. Tst. | | $ (2,196.00) | $ (175,670.83) | $ (66,098.50) |
| CNB | 22414399 | Withdrawal | 12/04/13 | Sheldon Needle | Needle Family Rev. Tst. | | $ (2,215.50) | $ (177,886.33) | $ (68,314.00) |
| CNB | 22414399 | Withdrawal | 01/07/14 | Sheldon Needle | Needle Family Rev. Tst. | | $ (2,202.00) | $ (180,088.33) | $ (70,516.00) |
| CNB | 22414399 | Withdrawal | 02/06/14 | Sheldon Needle | Needle Family Rev. Tst. | | $ (2,221.50) | $ (182,309.83) | $ (72,737.50) |
| CNB | 22414399 | Withdrawal | 03/05/14 | Sheldon Needle | Needle Family Rev. Tst. | | $ (2,131.00) | $ (184,440.83) | $ (74,868.50) |
| CNB | 22414399 | Withdrawal | 04/08/14 | Sheldon Needle | Needle Family Rev. Tst. | | $ (2,083.50) | $ (186,524.33) | $ (76,952.00) |
| CNB | 22414399 | Withdrawal | 05/07/14 | Sheldon Needle | Needle Family Rev. Tst. | | $ (2,129.00) | $ (188,653.33) | $ (79,081.00) |
| CNB | 22414399 | Withdrawal | 06/05/14 | Sheldon Needle | Needle Family Rev. Tst. | | $ (2,177.00) | $ (190,830.33) | $ (81,258.00) |
| CNB | 22414399 | Withdrawal | 07/08/14 | Sheldon Needle | Needle Family Rev. Tst. | | $ (2,195.50) | $ (193,025.83) | $ (83,453.50) |
| GP | 102015823 | Withdrawal | 09/05/14 | Sheldon Needle | Needle Family Rev. Tst. | | $ (2,231.00) | $ (195,256.83) | $ (85,684.50) |
| | | | | | | **Total** | **$ (195,256.83)** | | **$ (85,684.50)** |